# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Ruth Noble | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-16202 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/12/2017 and this case is hereby DISMISSED.

October 12, 2017

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:   Certification of Credit Counseling
Matrix
Chapter 13 Plan
Chapter 13 Statement of Current Monthly Income
Means Test Calculation
Schedule A/B-J
Statement of Financial Affairs
Summary of Assets and Liabilities